[No. 4923.]

## COUNTY OF MONTEREY v. ROBERT McKEE.

Writ of Attachment.—The official bond of a county treasurer is an obligation for the direct payment of money in an action upon which an attachment may be issued.

Jurisdiction of County Judge.—The question whether a county judge has authority to dissolve an attachment issued out of the District Court not decided.

Appeal from the District Court, Twentieth Judicial District, County of Monterey.

The defendant McKee had been treasurer of the county of Monterey, and an action was commenced on his official bond for an alleged delinquency in office. An attachment was issued in the action, and a motion was made before the county judge of Monterey County to dissolve the same. The judge granted the motion, and the plaintiff appealed.

*M. Farley and J. K. Alexander*, for the Appellant.

*Webb & Wall*, for the Respondent.

By the Court:

It is not necessary to decide whether the county judge had authority to hear or determine the motion to discharge the attachment, since, assuming he had jurisdiction, he determined it wrongly.

The official bond of the defendant as county treasurer was an obligation for the direct payment of money. (*San Francisco* v. *Brader*, 50 Cal. 506; *Hathaway* v. *Davis*, 33 Cal. 161.)

Order appealed from reversed.